IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 6 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 04-cv-00552-ZLW

CHRIS TILLOTSON,

    Plaintiff,

v.

BARRY CAPE,
KELLY MARTIN, and
JANELLEE BALL,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's request for a statement of the reasons the instant action was dismissed, which he makes in a letter to the Court filed on June 16, 2005, is GRANTED. The clerk of the Court is directed to mail to Plaintiff, together with a copy of this minute order, a copy of the Court's Order and Judgment of Dismissal filed in this action on August 25, 2004.

Dated: July 6, 2005

Copies of this Minute Order **and a copy of the Court's Order and Judgment of Dismissal filed on August 25, 2004** were mailed on July 6, 2005, to the following:

Chris Tillotson
Reg. No. 98589
ACC/UNIT E
P.O. Box 300
Canon City, CO 81215

_____
Secretary/Deputy Clerk