IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 2 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 04-cv-00552-ZLW

CHRIS TILLOTSON,

    Plaintiff,

v.

BARRY CAPE,
KELLY MARTIN, and
JANELLEE BALL,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's motion to reopen this action filed on November 1, 2006, is DENIED.

Dated: November 2, 2006

Copies of this Minute Order mailed on November 2, 2006, to the following:

Chris Tillotoson
Prisoner No. 98589
Pueblo Minimum Center
P.O. Box 3
Pueblo, CO 81002

                                            Secretary/Deputy Clerk