IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00552-ZLW

CHRIS TILLOTSON,

    Plaintiff,

v.

BARRY CAPE,
KELLY MARTIN, and
JANELLEE BALL,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's request to reopen this action, which he makes in a letter to the Court filed on March 9, 2010, is DENIED. The instant action was dismissed by order filed on August 25, 2004, and Plaintiff presents no argument to justify reopening the action more than five years later.

Dated: March 10, 2010