IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00552-ZLW

CHRIS TILLOTSON,

    Plaintiff,

v.

BARRY CAPE,
KELLY MARTIN, and
JANELLEE BALL,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's request to reopen this action, which he makes in a letter to the Court filed on August 17, 2010, is DENIED.

Dated: August 18, 2010