**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-00552-ZLW

CHRIS TILLOTSON,

    Plaintiff,

v.

BARRY CAPE,
KELLY MARTIN, and
JANELLEE BALL,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's request to reopen this action, which he makes in a letter to the Court (ECF No. 98) filed on October 11, 2012, is DENIED.

Dated: October 15, 2012